RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorneys for Defendant,*
*State Farm Mutual Automobile Ins. Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN CHANDLER, individually<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, AN Illinois Corporation<br><br>Defendants. | CASE NO.: 2:19-cv-00626-GMN-BNW<br><br>**JOINT REQUEST TO WITHDRAW MOTION AND VACATE HEARING DUE TO SETTLEMENT** |

Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its counsel of record, Hall Jaffe & Clayton, LLP; and Plaintiff, Steven Chandler, by and through his counsel of record, Rempfer, Mott, Lundy, PLLC and Claggett & Sykes, submit this Joint Request to Withdraw State Farm's Motion to Set Expert Witness' Deposition Compensation (ECF No. 23) and Vacate The Hearing on Said Motion, scheduled for December 31, 2019 at 9:30 a.m., pursuant to the Minute Order entered on December 5, 2019 by Magistrate Judge Brenda Weksler (ECF No. 24).

/ / /

/ / /

/ / /

/ / /

This matter has settled.

| | |
|---|---|
| DATED this 6th day of December, 2019. | DATED this 6th day of December, 2019. |
| REMPFER MOTT LUNDY, PLLC | HALL JAFFE & CLAYTON, LLP |
| By: /s/ *Joseph N. Mott* <br> Joseph N. Mott, Esq. <br> Nevada Bar No. 12455 <br> Scott E. Lundy, Esq. <br> Nevada Bar No. 12435 <br> 10091 Park Run Dr., #200 <br> Las Vegas, NV 89145-8868 | By: /s/ *Riley A. Clayton* <br> Riley A. Clayton, Esq. <br> Nevada Bar No. 005260 <br> 7425 Peak Drive <br> Las Vegas, NV 89128 <br><br> *Attorneys for State Farm* |

And

CLAGGETT & SYKES
Sean Claggett, Esq.
Nevada Bar No.
4101 Meadows Lane, #100
Las Vegas, NV 89107

*Attorneys for Plaintiff*

**IT IS SO ORDERED**

**DATED:** 12/9/19

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that a copy of the foregoing **JOINT REQUEST TO WITHDRAW MOTION AND VACATE HEARING DUE TO SETTLEMENT** was served on the __6th_ day of December, 2019, by United States mail, postage fully prepaid (**with a courtesy copy by email**) to:

Timothy Trainor, MD
Advanced Orthopedics & Sports Medicine
7195 Advanced Way
Las Vegas, NV 89113
DReed@aosmlv.com


_____*/s/Alexandria Raleigh*_____
An Employee of HALL JAFFE & CLAYTON, LLP