RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN CHANDLER,<br><br>             Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; AN Illinois Corporation,<br><br>             Defendant. | Case No. 2:19-cv-00626-GMN-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, STEVEN CHANDLER, by and through his counsel of record, Rempfer, Mott, Lundy, PLLC, and Claggett & Sykes, and Defendant, State Farm Mutual Automobile Insurance Company, by and through its counsel of record, Hall Jaffe & Clayton, LLP, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that the Complaint in this matter be dismissed with prejudice, including any and all claims asserted therein or that could have been

/ / /

/ / /

/ / /

/. / /

/ / /

/ / /

/ / /

1

asserted therein, with all parties to bear their own attorneys' fees and costs.

| DATED this 15 day of January, 2020. | DATED this 16th day of December, 2019. |
|---|---|
| HALL JAFFE & CLAYTON, LLP | REMPFER, MOTT, LUNDY, PLLC |
| By /s/ Riley A. Clayton<br>RILEY A. CLAYTON, ESQ.<br>Nevada Bar No. 005260<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant* | By /s/ Scott<br>JOSEPH N. MOTT, ESQ.<br>Nevada Bar No. 12455<br>SCOTT E. LUNDY, ESQ.<br>Nevada Bar No. 12435<br>10091 Park Run Drive, #200<br>Las Vegas, NV 89145<br><br>And<br><br>CLAGGETT AND SYKES<br><br>SEAN CLAGGETT, ESQ.<br>Nevada Bar No. 008407<br>4101 Meadows Lane, #100<br>Las Vegas, NV 89107<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

Dated this __16__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT